BRYAN SCHRODER
United States Attorney

JONAS M. WALKER
SANJAY PATEL
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jonas.walker@usdoj.gov
 sanjay.patel@crt.usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM ALEXANDER,<br><br>　　　　　　　　Defendant. | No. 3:20-cr-00081-JMK-MMS<br><br>COUNT 1:<br>TRANSMISSION OF INTERSTATE THREAT<br>　Vio. of 18 U.S.C. § 875(c)<br><br>COUNT 2:<br>OBSTRUCTION OF FREE EXERCISE OF RELIGIOUS BELIEFS<br>　Vio. of 18 U.S.C. § 247(a)(2), (d)(5) |

I N D I C T M E N T

The Grand Jury charges that:

//

//

## COUNT 1

On or about November 1, 2019, within the District of Alaska, the defendant, WILLIAM ALEXANDER, called a synagogue in California and left a voicemail threatening to "kill" the congregants of the synagogue, and knowingly transmitted in interstate and foreign commerce any communication containing any threat to injure the person of another, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat.

All of which is in violation of 18 U.S.C. § 875(c).

## COUNT 2

On or about November 1, 2019, within the District of Alaska, the defendant, WILLIAM ALEXANDER, in and affecting interstate commerce, called a synagogue in California and left a voicemail threatening to "kill" the congregants of the synagogue, and intentionally obstructed and attempted to obstruct, by threat of force, any person in the enjoyment of that person's free exercise of religious beliefs.

//
//
//
//
//
//
//
//

All of which is in violation of 18 U.S.C. § 247(a)(2), (d)(5).

A TRUE BILL.

                                                s/ Grand Jury Foreperson
                                                GRAND JURY FOREPERSON

s/ Jonas Walker
JONAS M. WALKER
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: September 17, 2020