Jane M. Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_imholte@fd.org

Counsel for Defendant William Alexander

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ALEXANDER,<br><br>Defendant. | Case No. 3:20-cr-00081-JMK-MMS<br><br>**NON-OPPOSED MOTION TO EXPEDITE MOTION TO RESET PROPOSED CHANGE OF PLEA HEARING** |

Defendant William Alexander, through counsel, Jane M. Imholte, Assistant Federal Defender, moves this Court unopposed for expedited consideration of his motion filed at Doc. 21, requesting to reset the proposed change of plea hearing date. Expedited consideration is necessary as the hearing is scheduled for today, April 5, 2021, at 3:30 p.m. Assistant United States Attorney Jonas Walker does not oppose expedited consideration.

DATED at Anchorage, Alaska this 5th day of April, 2021.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Jane M. Imholte*
Jane M. Imholte
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on April 5, 2021. All

participants in this case are registered CM/ECF users and
will be served by the district's CM/ECF system.
*/s/ Jane M. Imholte*